IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-58-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LAURIE G. DUKART, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Petition for Warrant or Summons for Offender Under Supervision (Doc. 35) filed September 23, 2016, is DISMISSED.

IT IS FURTHER ORDERED that the Defendant, Laurie G. Dukart shall immediately be released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel and the U.S. Marshal Service of the making of this Order.

DATED this 26 day of September, 2016.

SUSAN P. WATTERS
United States District Judge

1