

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-58-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| LAURIE G. DUKART, | |
| Defendant. | |

Pursuant to the Court's Order (Doc. 37), dated September 26, 2016,

IT IS HEREBY ORDERED that LAURIE G. DUKART is hereby released from the custody of the U.S. Marshals Service.

DATED this 26th day of September, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1